**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **JOSHUA HARRIS** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 3:25CV157-DMB-RP**<br>**LEAD CASE** |
| **PINNACLE BANK** | **DEFENDANT** |

CONSOLIDATED WITH

| | |
|---|---|
| **JOSHUA HARRIS** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 3:25CV158-MPM-JMV** |
| **PINNACLE BANK** | **DEFENDANT** |

# ORDER

This day the court conducted a hearing on its order directing the plaintiff Joshua Harris to appear and show cause as to why the court should not impose sanctions against him for citing fictitious legal authorities in a document filed with the court. As stated from the bench at the conclusion of the hearing, the court finds that the plaintiff's citation of fictitious legal authorities constitutes a violation of Federal Rule of Civil Procedure 11(b); the court declines to impose sanctions against the plaintiff at this time; and the court admonishes the plaintiff against any further violations, the commission of which will result in sanctions up to and including dismissal of this action. Further, the plaintiff is henceforth required to include in all further filings in this action a signed certification that he has personally verified the existence and accuracy of all legal citations contained in said filing.

SO ORDERED, this, the 2nd day of December, 2025.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE